Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  service@moorelawfirm.com

Attorney for Plaintiff
Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>         Plaintiff,<br><br>     vs.<br><br>EVERARDO O. GOMEZ, individually and dba EL SARAPE RESTAURANT, et al.<br><br>         Defendants. | No.  1:15-cv-00686-EPG<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER**<br><br>(ECF No. 18) |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Rachel Lobato ("Plaintiff"), and Defendants, Everardo O. Gomez and Dolores Gomez, both individually and dba El Sarape Restaurant (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Conference Order dated November 2, 2015 (Dkt. 17) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

1  response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
2  filed.
3  **IT IS SO STIPULATED**.
4  Dated: January 4, 2016                           MOORE LAW FIRM, P.C.

                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore
                                                   Attorney for Plaintiff,
                                                   Rachel Lobato

   Dated: January 4, 2016                           PHILLIPS MUNOZ LAW

                                                   */s/ Kathleen M. Phillips*
                                                   Kathleen M. Phillips
                                                   Attorneys for Defendants,
                                                   Everardo O. Gomez and Dolores Gomez

**ORDER**

Based on the above stipulation, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall file her First Amended Complaint within five (5) days of the date of this Order;
2. Defendants' response to the First Amended Complaint shall be filed within fourteen (14) days after the First Amended Complaint is filed; and,
3. Plaintiff's Motion to Amend the Complaint (ECF No. 18) is DENIED AS MOOT. The hearing on the Motion, currently set for January 29, 2016 at 10:00 a.m., is VACATED.

IT IS SO ORDERED.

Dated:   **January 7, 2016**                    /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE