# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>    Plaintiff,<br><br>    v.<br><br>EVERARDO O. GOMEZ, et al.,<br><br>    Defendants. | Case No.  1:15-cv-00686-EPG<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO COMPLY WITH THE SCHEDULING ORDER<br><br>SEVEN DAY DEADLINE |

A settlement conference in this action was set for January 11, 2016, before the undersigned. (ECF No. 17.)  Pursuant to the order setting the settlement conference, the parties were required to submit a confidential settlement statement to the Court one week prior to the conference date.  The Court has timely received the confidential statement from Plaintiff, however no statement has been received from Defendant. Prior to vacating the conference, the Court's courtroom deputy advised defendant on more than one occasion of   to file the settlement conference statement. The advisements went without a receipt of the settlement conference statement.   As Defendants' confidential statement was not received, the settlement conference has been vacated.  (ECF No. 23.)

This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success.  Settlement is

1

extremely important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma. Defendants shall be required to show cause why sanctions should not issue for the failure to comply with the November 2, 2015 scheduling order.

Should the parties desire another settlement conference date, they shall confer and contact the courtroom deputy with available dates. However, no settlement conference shall be set until Defendant submits a meaningful confidential settlement statement to the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court will re-set the settlement conference only upon the filing of a meaningful settlement conference statement by Defendants and at a time convenient to all parties and the Court; and

2. Within seven days from the date of service of this order, Defendant shall show cause in writing why sanctions should not issue for the failure to comply with the November 2, 2015 scheduling order.

IT IS SO ORDERED.

Dated:   **January 8, 2016**

UNITED STATES MAGISTRATE JUDGE