# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>        Plaintiff,<br><br>    v.<br><br>EVERARDO O. GOMEZ, et al.,<br><br>        Defendants. | Case No.  1:15-cv-00686-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND ADMONISHING DEFENDANTS' COUNSEL TO FAMILIARIZE HERSELF WITH LOCAL AND FEDERAL RULES<br><br>(ECF Nos. 24, 25) |

On January 8, 2016, this Court issued an order for Defendants to show cause for the failure to comply with the scheduling order.  (ECF No. 24.)  On January 15, 2016, Defendants filed an unsigned response to the order to show cause.  (ECF No. 25.)

Pursuant to Rule 11 of the Federal Rules of Civil Procedure and Local Rule 131(b), all pleadings and non-evidentiary documents are required to be signed by the attorney representing the party.  While Defendants assert that counsel is unfamiliar with the Rules in federal court, it is counsel's responsibility to familiarize herself with the rules that apply to this action.  In this instance, the Court will consider the unsigned response filed January 15, 2016 and discharge the order to show cause.  However, counsel is admonished that further violation of the rules may result in the imposition of sanctions.

Although Defendant is correct that the settlement conference is voluntary, complying

with the orders of the Court is not.  The parties were ordered to file confidential settlement statements one week prior to the settlement conference.  If Defendants wished to vacate the settlement conference they should have timely filed a stipulation or motion requesting the conference be vacated to be relieved of the obligation to comply with the order.

Based on the foregoing, IT IS HEREBY ORDERED that the order to show cause filed January 8, 2016 is DISCHARGED.  If the parties' counsel believes a settlement conference may be fruitful after they have engaged in good faith efforts to settle this action, they may contact chambers at (559) 499-5672 to schedule a settlement conference.

IT IS SO ORDERED.

Dated:    **January 19, 2016**

UNITED STATES MAGISTRATE JUDGE

2