Kathleen M. Phillips, State Bar No. 268812
**PHILLIPS MUNOZ LAW**
253 North "L" Street
Tulare, California 93274
Telephone: (559) 687-7500
Facsimile: (559) 687-7557

Attorney for Defendants, EVERADO O. GOMEZ and DOLORES GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-ooOoo-

| | |
|---|---|
| RACHEL LOBATO, | CASE NO. 1:15-CV-00686-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT/ADJUDICATION |
| vs. | |
| EVERARDO O. GOMEZ, individually and dba EL SARAPE RESTAURANT; DOLORES GOMEZ, individually and dba EL SARAPE RESTAURANT; | Date : September 23, 2016<br>Time : 10:30 a.m.<br>Courtroom: 10<br>Magistrate Judge Erica P. Grosjean |
| Defendants. | |

Plaintiff RACHEL LOBATO ("Plaintiff") and EVERARDO O. GOMEZ, individually and dba EL SARAPE RESTAURANT;DOLORES GOMEZ, individually and dba EL SARAPE RESTAURANT ("Defendants"), by and through their undersigned counsel hereby stipulate to an extension of time concerning Plaintiff's Motion for Summary Judgment/Adjudication currently on calendar for September 9, 2016, due to Defendants' expert witness Kelly Bray having a medical emergency.  The parties stipulate and agree that the new hearing date for Plaintiff's Motion for Summary Judgment/Adjudication will be **September 23, 2016 at 10:30 a.m. in Courtroom 10** of the herein Court.  The parties have further stipulated that the deadline to file an Opposition to the Motion for Summary Judgment shall be on or before **September 9, 2016** and the deadline to file a Reply to the Motion for Summary

-1-

Judgment shall be on or before **September 16, 2016.**

**IT IS SO STIPULATED.**

                                                         **MOORE LAW FIRM, P.C.**

Dated: August 25, 2016

                                       /s/ Tanya E. Moore
                                       _____
                                       Tanya E. Moore,
                                       Attorney for Plaintiff Rachel Lobato


                                       **PHILLIPS MUNOZ LAW**

Dated: August 25, 2016                        /s/Kathleen M. Phillips
                                       _____
                                       Kathleen M. Phillips,
                                       Attorney for Defendants Everardo O. Gomez
                                       and Dolores Gomez


## ORDER

It is hereby ordered that Plaintiff's Motion for Summary Judgment/Adjudication (Doc. 33) shall be heard on September 23, 2016, at 10:30 a.m. in Courtroom 10.  The hearing on September 9, 2016 at 10:00 a.m. is vacated.  Any Opposition to the motion shall be filed on or before **September 9, 2016**, and any Reply shall be filed on or before **September 16, 2016**.

IT IS SO ORDERED.

   Dated:   **August 26, 2016**                        /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE