Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  service@moorelawfirm.com

Attorney for Plaintiff
Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>          Plaintiff,<br><br>     vs.<br><br>EVERARDO O. GOMEZ, individually and dba EL SARAPE RESTAURANT, et al.<br><br>          Defendants. | No.  1:15-cv-00686-EPG<br><br>**STIPULATION RE: PRETRIAL AND TRIAL DATES; ORDER** |

Pursuant to the Court's Minute Order of September 29, 2016 (Dkt. 45),

**IT IS HEREBY STIPULATED** by and between Plaintiff, Rachel Lobato ("Plaintiff"), and Defendants, Everardo O. Gomez and Dolores Gomez, both individually and dba El Sarape Restaurant (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, agree that the pretrial conference be set for January 9, 2017 at 10:00 a.m., in Courtroom 10, before Magistrate Judge Grosjean; and that a 6 day jury trial begin on March 7, 2017. The related deadlines to file a joint pretrial statement and trial briefs that complies with the requirements of this Court are also continued.

///

**IT IS SO STIPULATED**.

Dated: October 6, 2016                    MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Rachel Lobato

Dated: October 6, 2016                    PHILLIPS MUNOZ LAW

                                          */s/ Kathleen M. Phillips*
                                          Kathleen M. Phillips
                                          Attorneys for Defendants,
                                          Everardo O. Gomez and Dolores Gomez

## ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the pretrial conference in this case, currently set for October 13, 2016, is continued to **January 9, 2017** at **10:00 a.m.** in Courtroom 10. The jury trial in this matter, currently set for November 15, 2016, is continued to **March 7, 2017** at **8:30 a.m.** in Courtroom 10. The related deadlines to file a joint pretrial statement and trial briefs that complies with the requirements of this Court are extended accordingly.

IT IS SO ORDERED.

Dated:   **October 6, 2016**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE