Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorneys for Plaintiff,
Rachel Lobato

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EVERARDO O. GOMEZ, individually and dba EL SARAPE RESTAURANT;<br>DOLORES B. GOMEZ, individually and dba EL SARAPE RESTAURANT;<br><br>　　　　　Defendants. | Case No.  1:15-cv-00686-EPG<br><br>**PLAINTIFF RACHEL LOBATO'S REQUEST TO APPEAR BY TELEPHONE AT PRETRIAL CONFERENCE; ORDER**<br><br>Date: January 9, 2017<br>Time: 10:00 a.m.<br>Courtroom 10, 6th Floor<br>Magistrate Judge Erica P. Grosjean |

　　　WHEREAS, a pretrial conference in this matter is set for January 9, 2017 at 10:00 a.m. before Magistrate Judge Erica P. Grosjean;

　　　WHEREAS, Plaintiff Rachel Lobato's ("Plaintiff") counsel, Zachary M. Best, would like to avoid significant travel time and the expenditure of fees and costs incident to in-person attendance at the pretrial conference. Notably, counsel for Plaintiff lives a great distance from the Court, and would incur fees and costs to travel 225 miles one-way (450 round-trip) driving

four to five hours *each way* (depending on traffic) to get to the Court to attend in-person. Plaintiff's counsel is able and willing to appear telephonically;

WHEREAS, Plaintiff's counsel will call 1-888-251-2909 and dial passcode 1024453 to appear by phone for the pretrial conference;

NOW, THEREFORE, request is hereby made that Plaintiff's counsel be permitted to appear telephonically at the pretrial conference.

Respectfully submitted,

Dated: January 4, 2017				MOORE LAW FIRM, P.C.

						*/s/ Zachary M. Best*
						Zachary M. Best
						Attorneys for Plaintiff,
						Rachel Lobato

**ORDER**

A pretrial conference is currently set for January 9, 2017 at 10:00 a.m. in Courtroom 10. The Court grants permission to appear telephonically to any party wishing to do so. Each party appearing telephonically is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.
IT IS SO ORDERED.

Dated:  **January 5, 2017**			/s/ Erica P. Grosjean
						UNITED STATES MAGISTRATE JUDGE