# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>  Plaintiff,<br><br>  v.<br><br>EVERARDO O. GOMEZ, individually and dba EL SARAPE RESTAURANT; DOLORES B. GOMEZ, individually and dba EL SARAPE RESTAURANT,<br><br>  Defendants. | Case No. 1:15-cv-00686-EPG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL**<br><br>(ECF No. 88) |

This matter comes before the Court on Defendants' motion to continue the jury trial set for March 7, 2017. (ECF No. 88.) A continuance is requested because counsel for Defendants has contracted a serious illness and will not be able to participate. (*Id*.) The motion is unopposed. (ECF No. 90.) Good cause appearing, the motion to continue is GRANTED.

The March 7, 2017 Jury Trial is CONTINUED to June 27, 2017 at 08:30 a.m. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.

A pretrial conference is SET for June 26, 2017 at 11:00 a.m. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.

The following deadlines from the Court's January 13, 2017 scheduling order (ECF No. 60) are CONTINUED from February 28, 2017 to June 20, 2017:

1

1. Responses to Trial Briefs;
2. Proposed Voir Dire questions;
3. Pre-marked exhibit binders;
4. Discovery documents; and
5. Videos to Courtroom Deputy.

To the extent either party has already submitted these documents, they do not need to be resubmitted.

IT IS SO ORDERED.

Dated: __March 1, 2017__          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

2