# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>   Plaintiff,<br><br>   v.<br><br>EVERARDO O. GOMEZ, individually and dba EL SARAPE RESTAURANT;<br>DOLORES B. GOMEZ, individually and dba EL SARAPE RESTAURANT,<br><br>   Defendants. | Case No. 1:15-cv-00686-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 103) |

On August 25, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 103). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:  **August 28, 2017**                    /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE